# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AUGUST KINGBIRD,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ROY, EMILY JOHNSON PIPER, NANCY JOHNSTON, LORI SWANSON, MINNESOTA ATTORNEY GENERAL'S OFFICE, MINNESOTA SENTENCING COMMISSION, and JANE AND JOHN DOES,<br><br>Defendants. | Case No. 19-cv-0452 (NEB/DTS)<br><br><br>**REPORT AND RECOMMENDATION** |

In an order dated March 28, 2019, this Court ordered Plaintiff August Kingbird to file an amended pleading presenting his individual claims as well as a new, individualized application to proceed in forma pauperis. *See* Order 3, ECF No. 3. Kingbird was given until April 27, 2019, to file these materials, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

That deadline has now passed, and Kingbird has not filed an amended pleading or a new application to proceed in forma pauperis. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: May 9, 2019                              s/David T. Schultz
                                                DAVID T. SCHULTZ
                                                United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).