# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AUGUST KINGBIRD,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS ROY, EMILY JOHNSON PIPER, NANCY JOHNSTON, LORI SWANSON, MINNESOTA ATTORNEY GENERAL'S OFFICE, MINNESOTA SENTENCING COMMISSION, and JANE AND JOHN DOES, in their official and individual capacities,<br><br>Defendants. | Case No. 19-CV-0452 (NEB/DTS)<br><br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the May 9, 2019 Report and Recommendation of United States Magistrate Judge David T. Schultz. [ECF No. 4 ("R&R").] No party has objected to that R&R, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 4] is ACCEPTED;

2. The action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 14, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge